NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PETER HILBURN and FELICIA RYAN, : : Plaintiffs, : : v. : : BAYONNE PARKING AUTHORITY; : JOSEPH DORIA, individually and in his : official capacities; THE CITY OF : BAYONNE, a Municipal Corporation; : PETER CRESCI, individually and in his : official capacities as Chairman of the : Bayonne Parking Authority; MICHAEL : PIERSON; KATHY LORE; and : BAYONNE PARKING AUTHORITY : (BPA) Commissioners 1-10, individually : and in their official capacities, : : Defendants. : : | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 07-CV-5211 |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before this Court upon motion by Defendant Kathy Lo Re ("Defendant") to dismiss the First and Sixth Counts of the First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).[1]  Pursuant to Fed. R. Civ. P. 78, no oral argument was heard.  Upon consideration of all submissions and based upon this Court's Opinion filed this day;

IT IS this   30th   day of December, 2009;

---

[1] In a footnote, Defendant contends that if this Court concludes that Count One should be dismissed with respect to Defendant, then this Court should dismiss Count Two as well.

**ORDERED** Defendant's motion to dismiss Count One of Plaintiffs' First Amended Complaint with respect to Defendant Lo Re is **granted**;

**ORDERED** Defendant's motion to dismiss Count Two of Plaintiffs' First Amended Complaint with respect to Defendant Lo Re is **granted**; and further,

**ORDERED** Defendant's motion to dismiss Count Six of Plaintiffs' First Amended Complaint with respect to Defendant Lo Re is **denied**.

          S/ Dennis M. Cavanaugh
          Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File