NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PETER HILBURN and FELICIA RYAN, | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 07-CV-5211 |
| BAYONNE PARKING AUTHORITY; JOSEPH DORIA, individually and in his official capacities; THE CITY OF BAYONNE, a Municipal Corporation; PETER CRESCI, individually and in his official capacities as Chairman of the Bayonne Parking Authority; MICHAEL PIERSON; KATHY LORE; and BAYONNE PARKING AUTHORITY (BPA) Commissioners 1-10, individually and in their official capacities, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before this Court upon request by Plaintiffs, by way of letter dated April 26, 2010, to file a sur-reply pursuant to Local Civil Rule 7.1. Pursuant to Fed. R. Civ. P. 78, no oral argument was heard. Upon consideration of all submissions,

IT IS this __7th__ day of May, 2010;

**ORDERED** pursuant to L. Civ. R. 7.1, Plaintiffs' request that the Court consider a sur-reply concerning recent motions for summary judgment filed in this matter is **denied**.

    S/ Dennis M. Cavanaugh
    Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:    All Counsel of Record
    The Honorable Mark Falk, U.S.M.J.
    File

Case 2:07-cv-05211-DMC -JAD   Document 157   Filed 05/07/10   Page 2 of 2