|  |  |  |
|---|---|---|
| **PETER HILBURN, et al.,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |  |
|  | : | Hon. Dennis M. Cavanaugh |
| -vs- | : | Civil Action No. 07-5211 (DMC) |
|  | : |  |
| **BAYONNE PARKING AUTHORITY** et al., | : | **ORDER SCHEDULING CONFERENCE** |
|  | : |  |
| **Defendant(s).** | : |  |

**IT IS** on this 1st day of June, 2010

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Monday, June 14, 2010** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Parties with full settlement authority are required to attend the conference in person.

       /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**